DOA
08/17/23

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| United States of America | CRIMINAL COMPLAINT |
|---|---|
| v. | CASE NUMBER: 23-9419 MJ |
| CARLOS RAMIREZ-ZAVALA | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the dates described in Attachment A in the County of Maricopa in the District of Arizona, the defendant violated 18 U.S.C §§ 922(g)(5) and 924(a)(8) and 18 U.S.C. §§ 922(o) and 924(a)(2), an offense described as follows:

**See Attachment A – Description of Counts**

I further state that I am a Special Agent from Homeland Security Investigations and that this complaint is based on the following facts:

**See Attachment B – Statement of Probable Cause Incorporated by Reference Herein.**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

AUTHORIZED BY: Sheila Phillips, AUSA  *S.P.*

SA EDWARD COOK
Name of Complainant

EDWARD T COOK III
Digitally signed by EDWARD T COOK III
Date: 2023.08.18 12:37:09 -07'00'
Signature of Complainant

Sworn to before me electronically

August 18, 2023  @1:15pm
Date

at   Phoenix, Arizona
City and State

HONORABLE EILEEN S. WILLETT
United States Magistrate Judge
Name & Title of Judicial Officer

*ESwillett*
Signature of Judicial Officer

# ATTACHMENT A
# DESCRIPTION OF COUNTS

## COUNT 1

On or about August 17, 2023, in the District of Arizona, Defendant, CARLOS RAMIREZ-ZAVALA knowing that he was an alien illegally and unlawfully in the United States, knowingly possessed a firearm in and affecting interstate commerce, that is, a Glock 9mm Handgun and a load magazine.

In violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8).

## COUNT 2

On or about August 17, 2023, in the District of Arizona, Defendant, CARLOS RAMIREZ-ZAVALA   did knowingly possess and accept the transfer of a machinegun.

All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## ATTACHMENT B

## STATEMENT OF PROBABLE CAUSE

I, Edward Cook, Special Agent of Homeland Security Investigations (HSI), Phoenix, Arizona, being duly sworn, hereby depose and state:

## INTRODUCTION AND AGENT BACKGROUND

1. Your Affiant is a Special Agent with Homeland Security Investigations (HSI) and has been since February of 2012. I am an investigator or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510 (7), who is empowered to conduct investigations of, and to make arrests for, offenses enumerated in Title 18 and Title 21, United States Code. I am currently assigned to the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Firearms Trafficking Taskforce in Phoenix, Arizona.

2. During the course of your Affiant's employment with HSI, your Affiant has received formal training in Titles 18, 19, 21, and 31 of the United States Code; criminal investigations; interview and interrogation; laws pertaining to narcotics investigations; narcotics identification; money laundering investigations; firearms smuggling and trafficking; investigations of other areas of criminal activity; search warrant procedures; confidential source management; undercover operations; and court preparation from the ICE Federal Law Enforcement Training Center, in Brunswick, Georgia. This academy consists of approximately 496 hours of basic law enforcement training and 456 hours of comprehensive classroom training from HSI instructors involving individuals involved in, but not limited to, narcotics investigations, Arms Export Control Act violations, and Firearms Investigations.

3. By virtue of my employment as a Special Agent, I have performed various tasks, which include, but are not limited to: functioning as a surveillance agent, thus observing and recording movements of persons committing criminal violations and those

suspected of committing criminal violations; interviewing witnesses, confidential sources (CS), cooperating defendants (CD), and sources of information (SOI) relative to the illegal trafficking of contraband and the distribution of monies and assets derived from illegal acts (laundering of monetary instruments); functioning as a case agent, entailing the supervision of specific investigations involving the trafficking of contraband and other criminal activities. While conducting criminal investigations, I have personally interviewed informants and persons involved in illegal activity. I have consulted with other experienced investigators concerning the practices of criminals and the best methods of investigating them. In preparing this affidavit, I have conferred with other Special Agents and other Law Enforcement Officers, who share the opinions and conclusions stated herein.

4. The facts contained in this Affidavit are based in part on information provided to your Affiant by my personal observations, other law enforcement officers, either directly or indirectly through their reports or affidavits; surveillance conducted by law enforcement officers; intercepted calls and/or text messages; information provided by confidential sources; information provided by undercover officers; information learned through seizures of contraband; and analysis of telephone toll records. Your Affiant also relies on my own experience, training, and background in evaluating this information.

5. The facts in this affidavit come from my personal observations, my training and experience, information obtained from other investigators involved in the investigation, and information obtained from witnesses. Based on the below facts, your Affiant submits there is probable cause that Carlos RAMIREZ-ZAVALA committed the crime of Possession of a Firearm by an Alien Unlawfully Present in the United States, in violation of Title 18, United States Code (U.S.C.) §§ 922(g)(5) and 924(a)(8); and Possession and/or Transfer of a Machinegun in violation of Title 18, United States Code (U.S.C.) § 922(o).

## **PROBABLE CAUSE**

6. In May of 2023, Law Enforcement Officers of the Operation Southbound Firearms Trafficking Task Force, Phoenix, Arizona, initiated an investigation into the

suspected illegal activities of a subject known only as "CHRISTIAN". CHRISTIAN was suspected of coordinating and financing illegal firearms trafficking activities, specifically of procuring firearms in the Phoenix Metropolitan Area, and trafficking those firearms to Mexico.

7. On or about May 19, 2023, the cellular telephone utilized by an ATF Special Agent acting in an undercover capacity (hereinafter referred to as UC1), received a text message from a subject utilizing cellular telephone number (602) 358-4944 (hereinafter referred to as TARGET CELLULAR TELEPHONE. The subject utilizing TARGET CELLULAR TELEPHONE (later identified as and hereinafter referred to as RAMIREZ-ZAVALA) stated he had received the number of UC1 from another individual.

8. From May 19 through the date of this affidavit, UC1 and RAMIREZ-ZAVALA have been intermittently in contact. UC1 has talked to RAMIREZ-ZAVALA via phone call, voice memos, and text messages via WhatsApp. Examples of conversations between UC1 and RAMIREZ-ZAVALA include:

A) On May 23, 2023, RAMIREZ-ZAVALA called UC1. During this call, RAMIREZ-ZAVALA stated he had received UC1's phone number from another individual. RAMIREZ-ZAVALA asked if UC1 could purchase him (RAMIREZ-ZAVALA) a firearm. UC1 stated he worked with another individual who was able to acquire firearms. UC1 asked RAMIREZ-ZAVALA what type of firearm he was looking for. RAMIREZ-ZAVALA stated he wanted a Colt AR rifle. RAMIREZ-ZAVALA stated he would send UC1 photos of the firearm he wanted via WhatsApp. UC1 and RAMIREZ-ZAVALA agreed to be in contact with one another.

B) Later that same day, RAMIREZ-ZAVALA sent a photograph of a Colt M-4 rifle. RAMIREZ-ZAVALA also sent a voice memo on WhatsApp to UC1 explaining he had seen the firearm at a store; however, the store would not sell the firearm to the subject. RAMIREZ-ZAVALA stated he wanted the firearm so that he could go shooting. RAMIREZ-ZAVALA stated he owned a .22

caliber firearm but wanted a rifle. RAMIREZ-ZAVALA further stated he had other people who acquired them (firearms) for him, however, the people charged too much money.

C) On May 24, 2023, UC1 and RAMIREZ-ZAVALA messaged/text messaged back and forth. During this exchange, RAMIREZ-ZAVALA asked if UC1 could get an FN Scar rifle and what the price would be.

D) Over the course of the next several days, RAMIREZ-ZAVALA continued to communicate with UC1 via WhatsApp regarding the price of firearms. RAMIREZ-ZAVALA also inquired when UC1 could meet so that he could purchase firearms from UC1.

E) On June 14, 2023, UC1 and RAMIREZ-ZAVALA messaged/text messaged with one another. During the conversation, UC1 and RAMIREZ-ZAVALA discussed the price of a FN M249S rifle. RAMIREZ-ZAVALA suggested meeting UC1 in person to further discuss UC1 supplying RAMIREZ-ZAVALA with firearms. UC1 agreed and stated they would notify RAMIREZ-ZAVALA next time they were in the Phoenix area so they could meet.

F) On June 18, 2023, UC1 messaged RAMIREZ-ZAVALA. UC1 stated they (UC1 and UC2) would be in Phoenix later that week. UC1 asked if RAMIREZ-ZAVALA still wanted to meet in person. RAMIREZ-ZAVALA agreed to meet with UC1 as long as he wasn't working at that time. RAMIREZ-ZAVALA also inquired about the price of a semi-automatic Barrett .50 caliber rifle.

G) On June 21, 2023, UC1 messaged RAMIREZ-ZAVALA. UC1 advised RAMIREZ-ZAVALA they (UC1 and UC2) were in Phoenix because they were delivering some "devices" (slang term for firearms). UC1 stated they wanted to show RAMIREZ-ZAVALA the firearms UC1 had so that RAMIREZ-ZAVALA could see UC1 was a serious distributor/seller of firearms. RAMIREZ-ZAVALA explained he was unable to meet with UC1 because he was working at that time. RAMIREZ-ZAVALA asked for UC1 to send

    photographs of the firearms so the subject could see the firearms. UC1 agreed and later sent RAMIREZ-ZAVALA photographs of various firearms.

H) From July 07, 2023, through the date of this affidavit, RAMIREZ-ZAVALA messaged/text messaged UC1 about purchasing a "minimi" (slang term for FN M249S rifle). RAMIREZ-ZAVALA asked how long it would take UC1 to get the firearm so the subject could have the money ready. RAMIREZ-ZAVALA reiterated for UC1 to let him know how long it would take to get the firearm so he could get the money ready. UC1 explained that if they placed the order for the firearm, it would take an estimated 10-12 days for the firearm to be delivered.

I) On July 17, 2023, the RAMIREZ-ZAVALA messaged a photograph of a stack of US Currency to UC1. The stack appeared to be of 100-dollar bills. RAMIREZ-ZAVALA told UC1 he had the money and UC1 should come to town so he could make a down payment of cash to UC1 for the "minimi" firearm.

J) On August 12, 2023, UC1 notified RAMIREZ-ZAVALA that UC1 was able to acquire a "minimi" and could have it available for purchase by the following week. UC1 also notified RAMIREZ-ZAVALA the firearm was automatic and would cost $14,000. RAMIREZ-ZAVALA stated he would see if he could arrange getting the money together to purchase the "minimi" and would confirm with UC1 at a later date.

K) On August 14, 2023, RAMIREZ-ZAVALA contacted UC1 and confirmed he wanted to order the "minimi". UC1 stated he would place the order for the firearm and attempt to meet with RAMIREZ-ZAVALA on August 17, 2023, to deliver the firearm. RAMIREZ-ZAVALA asked for UC1 to send him photos of the firearm once UC1 had it in UC1's possession. RAMIREZ-ZAVALA explained his people were requesting photographs of the firearm so that they could make the deal happen.

L) On August 16, 2023, UC1 texted RAMIREZ-ZAVALA photographs of an FN M249S rifle. RAMIREZ-ZAVALA stated he was working on gathering the money for the firearm to meet with UC1 the following day.

9. Service Provider records show TARGET CELLULAR TELEPHONE is subscribed to Melissa Rosas and Carlos Ramirez, both of 4239 W McDowell Rd, Phoenix, AZ. This address is a shopping center containing retail businesses. Investigation of the names Melissa Rosas and Carlos Ramirez were inconclusive in identifying these subjects, as identified to Service Provider. Based on your Affiant's training and experience, I know that persons involved in criminal activity will often use fictitious information when purchasing cellular phones and phone service. To evade Law Enforcement, false names and addresses are provided to service providers, along with the use of untraceable finances to pay for cellular service.

10. On or about June 6, 2023, your Affiant applied for and was granted Federal Search Warrant No. 23-9325 MB, signed by the Honorable Eileen S. Willett in the United States District Court, District of Arizona authorizing the GPS tracking of the TARGET CELLULAR TELEPHONE. On or about June 7, 2023, the warrant was served on Service Provider. On this same date, Service Provider began providing GPS Ping information to agents.

11. Analysis of GPS Ping information received from June 7, 2023, to the date of this warrant proved ineffective in positively identifying the subject using TARGET CELLULAR TELEPHONE.

12. On August 17, 2023, RAMIREZ-ZAVALA agreed to meet UC1 to purchase a Machinegun. At approximately 1345 hours, RAMIREZ-ZAVALA arrived at the address in Phoenix, Arizona previously agreed upon for the firearms purchase.

13. UC1 and UC2 greeted RAMIREZ-ZAVALA and took a cash payment of approximately $14,000 US Currency for the firearm. UC2 explained to RAMIREZ-ZAVALA that the firearm he was purchasing is full-automatic and therefore is illegal to

possess without proper licenses. RAMIREZ-ZAVALA stated he understood and took possession of the firearm. At this point, RAMIREZ-ZAVALA was taken into custody.

14. When taken into custody, RAMIREZ-ZAVALA was found to possess a Glock 9mm Handgun tucked into his pants. The handgun was loaded with a magazine and had one round in the chamber.

15. The firearm purchased and possessed by RAMIREZ-ZAVALA was determined to be a Machinegun by ATF Special Agents.

16. RAMIREZ-ZAVALA was transported to a law enforcement facility for further processing and booking. RAMIREZ-ZAVALA was fingerprinted and searched in Law Enforcement databases. RAMIREZ-ZAVALA was determined to be Carlos Guadalupe RAMIREZ-ZAVALA (DOB: XX/XX/1998). Records checks reveal RAMIREZ-ZAVALA was previously encountered by Department of Homeland Security and removed to Mexico for being illegally present in the United States. Immigration checks further revealed RAMIREZ-ZAVALA has no legal status to be present in the United States and has no pending applications for status.

17. At approximately 1755 hours on this same date, RAMIREZ-ZAVALA was interviewed by HSI Special Agents. RAMIREZ-ZAVALA waived his Miranda Rights. During the interview, RAMIREZ-ZAVALA provided the following information:

   A) RAMIREZ-ZAVALA stated he is aware he is illegal present in the United States and does not have legal status to be present in the United States. RAMIREZ-ZAVALA further stated he is aware it is illegal for him to possess or purchase firearms.

   B) RAMIREZ-ZAVALA stated he entered the United States in January or February by crossing the border on foot, without being inspected by U.S. Immigration authorities.

   C) RAMIREZ-ZAVALA stated he has been communicating with UC1 via his cell phone for several weeks.

D) RAMIREZ-ZAVALA stated he carried the Glock handgun with him during the purchase for self-defense if he were to be robbed of the cash.

E) RAMIREZ-ZAVALA stated he paid another person to purchase the Glock handgun for him because RAMIREZ-ZAVALA knew he could not legally purchase a firearm.

## CONCLUSION

18. For these reasons, your Affiant submits that there is probable cause to believe Carlos RAMIREZ-ZAVALA committed the crime of Possession of a Firearm by an Alien Unlawfully Present in the United States, in violation of Title 18, United States Code (U.S.C.) §§ 922(g)(5) and 924(a)(8); and Possession and/or Transfer of a Machinegun in violation of Title 18, United States Code (U.S.C.) § 922(o).

17. I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

**EDWARD T COOK III**
Digitally signed by EDWARD COOK III
Date: 2023.08.18 12:38:07 -07'00'

EDWARD COOK
Special Agent
Homeland Security Investigations

Sworn to and subscribed electronically this  18  day of August, 2023.

*EsWillett*

HONORABLE EILEEN S. WILLETT
United States Magistrate Judge