# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| ☒ FILED | ☐ LODGED |
|---|---|
| **NOV 22 2023** | |
| CLERK U.S. DISTRICT COURT DISTRICT OF ARIZONA | |

## EXHIBIT LIST  ---  CRIMINAL

☒ Detention Hearing ☐ Non-Jury Trial ☐ Jury Trial

USA vs. Rivera, Cesar H
*Last, First, Middle Initial*

23-CR-01307-JJT-2
*Year-Case No-Deft No-Judge*

☒ GOVERNMENT        ☐ DEFENDANT

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | Description |
|---|---|---|---|
| 1. | | | Rule 5 Detention Memo |
| 2. | | 11/22/2023 | Photo of the Machinegun RIVERA attempted to purchase in August |
| 3. | | 11/22/2023 | Stock Photos of the M-2 .50 Caliber Rifle ATF seized from RIVERA in June of 2022 |
| 4. | | 11/22/2023 | Criminal Complaint |
| 5. | | 11/22/2023 | |